ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                               )
Gibraltar-Caddell, a Joint Venture             )     ASBCA Nos. 63455-ADR, 63557-ADR
                                               )
Under Contract No. W9126G-19-D-0022            )

APPEARANCES FOR THE APPELLANT:        Jonathan R. Mayo, Esq.
                                      James K. Bidgood Jr., Esq.
                                        Smith, Currie & Hancock LLP
                                        Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                      Derek S. Sherrill, Esq.
                                      Jennifer M. Dorsey, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The dispute has been settled.  These appeals are dismissed with prejudice.

Dated:  April 16, 2024

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63455-ADR, 63557-ADR, Appeals of Gibraltar-Caddell, a Joint Venture, rendered in conformance with the Board's Charter.

Dated:  April 16, 2024

_for_ Tammye D. Allott

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals